# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SANDRA HOUSTON, | Case No.:  2:10-cv-01404-PHX-SRB |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL WITH PREJUDICE |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; DYNEGY, INC.; DYNEGY, INC. EMPLOYEE DISABILITY PLAN, | |
| Defendants. | |

The Court, being advised that the Parties have stipulated to the dismissal of this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby ORDERS that this case is DISMISSED with prejudice, with each Party bearing its own costs.

Dated this 8th day of March, 2011.

_____
Susan R. Bolton
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26